# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Felipe Ricardo Herrera-Barcenas ,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06CV174
3:02CR94

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2009 Order.

Signed: June 22, 2009

Frank G. Johns, Clerk
United States District Court